SCWC-14-0000817

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

NOLAN L.K. CRABBE,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000817; S.P.P. NO. 10-1-0090 (CR NO. 00-1-0300))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., McKenna, and Wilson, JJ.,
Circuit Judge Browning, in place of Recktenwald, C.J., recused,
and Circuit Judge Nishimura, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on August 31, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, October 8, 2015.

Cynthia A. Kagiwada
for petitioner

Sonja P. McCullen
for respondent

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ R. Mark Browning

/s/ Rhonda A. Nishimura

